# IN THE SUPREME COURT OF THE STATE OF NEVADA

AUTUMN LEE RICHIE,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76474

**FILED**

JAN 3 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a direct appeal from a judgment of conviction. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, the court

ORDERS this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.        _____, J.
Parraguirre                           Cadish

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-04941

cc: Hon. Leon Aberasturi, District Judge
Autumn Lee Richie
Mouritsen Law
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk